IN THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM |
| v. | ) | |
| | ) | |
| GUSTAVO QUINTARO | ) | Criminal No. 3:25-CR-00019 |
| | ) | |

Your petitioner, United States of America, by Jason Scheff, Assistant United States Attorney for the Western District of Virginia, respectfully shows:

1.  That this case is a prosecution upon an indictment, charging the defendant with 18 U.S.C. §§ 2422(a), (b); 18 U.S.C. §§ 2251(a), (e); and 18 U.S.C. §§ 2252(a)(4)(B), (b)(2).

2.  That the presence of the said defendant before the United States District Court for the Western District of Virginia at Charlottesville, Virginia, scheduled for an initial appearance hearing at 11:30 a.m. on January 15, 2026 is necessary and he is now in custody of Albemarle-Charlottesville Regional Jail.

WHEREFORE, your petitioner prays that a Writ Of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the Western District of Virginia, or any other authorized United States Marshal, who shall bring the defendant before the Court at the above time and place.

Dated:  1/9/2026                                         /s/Jason Scheff
                                                        Assistant United States Attorney
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO:    Albemarle-Charlottesville Regional Jail, 160 Peregory Lane, Charlottesville, VA 22902
       (434) 977-6981

       IN THE EVENT THIS INMATE IS TO BE TRANSFERRED TO ANOTHER FACILITY BEFORE THE REQUESTED DATE OF APPEARANCE, PLEASE NOTIFY THE ASSISTANT U.S. ATTORNEY LISTED ABOVE AT (434)293-4283.

GREETINGS:

       WE COMMAND YOU that you surrender the body of  GUSTAVO QUINTARO detained in the Albemarle-Charlottesville Regional Jail, under your custody as it is said, to the United States Marshal for the Western District of Virginia, or one of his Deputies, or any other

authorized United States Marshal, to the end that his body will be before the United States District Court for the Western District of Virginia, at Charlottesville, Virginia, on the 15th day of January, 2026, at 11:30 a.m., or at such other time or times as the District Court may direct.

ENTER:  This _____ day of _____, 2026.

_____
Judge

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL:

TO EXECUTE:

WE COMMAND that you proceed to the Albemarle-Charlottesville Regional Jail and remove therefrom the body of GUSTAVO QUINTARO and produce him under safe and secure conduct before the United States District Court for the Western District of Virginia, at Charlottesville, Virginia, on the 15th day of January, 2026, at 11:30 a.m., or at such other time or times as the District Court may direct.

BY: _____
Deputy Clerk

CUSTODY ASSUMED:

EXECUTED this _____ day of _____, 2026.

BY: _____
United States Marshal/Deputy

RETURNED:

EXECUTED this _____ day of, _____.

BY: _____
United States Marshal/Deputy

SENTENCED STATE PRISONER:    Yes: X         No: