# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

## CRIMINAL MINUTES - INITIAL APPEARANCE

Case No.: 3:25cr19                                   Date: 1/15/2026

| Defendants: | Counsel: |
|---|---|
| Gustavo Quintero, Custody | Jessica Phillips, CJA |

PRESENT:   JUDGE:           Joel C. Hoppe              TIME IN COURT: 11:39-11:53
                                                                              (14misn)
           Deputy Clerk:    K. Lokey
           Court Reporter:  K. Lokey, FTR
           U. S. Attorney:  Jason Scheff
           USPO:            Mariana Salazar Herrlein

## INITIAL APPEARANCE AND BOND HEARING

☒  Initial Appearance. Defendant(s) advised of charges, rights and nature of proceedings..
☒  Defendant requests appointment of counsel.

## DETENTION

☒  Government moves for detention.

## ARRAIGNMENT

☒  Defendant waives reading of Indictment/Information.

DEFENDANT PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 |  | Counts 1-4 |  |  |

☒  Jury trial set for March 23, 2026, at 9:30am.
☒  Defendant remanded to custody.

Additional Information:
All parties present and respresented by counsel
Defendant advised of rights/ sworn
CJA counsel appointed
Due Process notification
Court reviews indictment
Government states penalty range
Defendant waives formal reading of the indictment
Defendant pleads not guilty
Government move for Detention
Defendant not seeking release today, they reserve their rights to come back
Adjourned